**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-63056-BLOOM/Reid**

JAMES WELCH, a/k/a JAMES WEST,

    Plaintiff,

v.

BROWARD STATE ATTORNEY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff James Welch's ("Plaintiff") *pro se* Complaint, filed pursuant to 42 U.S.C. § 1983. ECF No. [1]. On December 11, 2019, the Complaint was referred to the Honorable Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation ("R&R") on any dispositive matters. ECF No. [2]. On December 12, 2019, Judge Reid ordered Plaintiff to file an amended complaint by January 3, 2020. ECF No. [3]. Rather than filing an amended complaint, on December 26, 2019, Plaintiff filed a document titled "Plaintiff Amended Pleading" in which he requested that his case be dismissed without prejudice. ECF No. [4]. On January 13, 2020, Jude Reid issued a R&R recommending that the Complaint, ECF No. [1], be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. [5]. The R&R advised the parties that they had fourteen days from the receipt of the R&R to file any written objections. *Id.* Nonetheless, because Plaintiff requested that the case be dismissed, the Court addresses the R&R before the time to file objections has expired.

The Court has conducted a *de novo* review of the R&R and the record and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Complaint, ECF No. [1], should be dismissed without prejudice as a result of Plaintiff's request and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [5]**, is **ADOPTED**;

2. The Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE;**

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of January, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of record

**James Welch**
193791
Hardee Correctional Institution
Inmate Mail/Parcels
6901 State Road 62
Bowling Green, FL 33834